**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM,** *individually and on behalf of all other similarly situated shareholders of* **EXXONMOBIL CORP.,**

Plaintiff,

v.

**DARREN W. WOODS,** ***et al.***,

Defendants.

Civil Action No. 25-16633 (ZNQ) (TJB)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon the following Motions: (1) a Motion for Reconsideration (ECF No. 34) filed by Plaintiff City of Hollywood Police Officers' Retirement System, individually and on behalf of all other similarly situated shareholders of ExxonMobil Corp. ("Plaintiff"); (2) a Motion to Transfer Case to the United States District Court for the Southern District of Texas (ECF No. 41) filed by Defendants Darren W. Woods, Michael J. Angelakis, Angela F. Braly, Maria S. Dreyfus, John D. Harris II, Kaisa H. Hietala, Joseph L. Hooley, Steven A. Kandarian, Alexander A. Karsner, Lawrence W. Kellner, Dina Powell McCormick, Jeffrey W. Ubben () and ExxonMobil Corporation (collectively, "Defendants"); and (3) a Motion to Dismiss Pursuant to Rule 12(b)(6) and Rule 12(b)(3) (ECF No. 42) filed by Defendants. For the reasons set forth in the accompanying Opinion,

**IT IS** on this **25th** day of **AUGUST 2026**,

**ORDERED** that Plaintiff's Motion for Reconsideration (ECF No. 34) is hereby **DENIED**; it is further

**ORDERED** that Defendants' Motion to Transfer (ECF No. 41) is hereby **GRANTED**; it is further

**ORDERED** that the Clerk's Office is instructed to transfer this matter to the United States District Court for the Southern District of Texas; it is further

**ORDERED** that Defendants' Motion to Dismiss (ECF No. 42) is hereby **DENIED** without prejudice to Defendants' right to renew their motion before the transferee court; and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**